CONNECTICUT BANK AND TRUST COMPANY *v.*
PAMELA WILCOX ET AL.
(2652)

HULL, SPALLONE and DALY, Js.

Argued February 13—decision released April 16, 1985

*David S. Grossman,* for the appellants (defendants).

*Jackson T. King,* with whom, on the brief, was
*Mary E. Holzworth,* for the appellee (plaintiff).

PER CURIAM. The defendants take this appeal[1] from
the judgment of the trial court finding them to be
guarantors of a corporate note and personally liable
thereon.

The defendants' claim that the plaintiff should not
have been allowed to amend its complaint to conform
to the proof has no merit. In the discretion of the trial
court, pleadings may be amended before, during and
after trial to conform to the proof. Only upon a clear
showing of abuse of discretion will the trial court's rul-
ing in that regard be disturbed. *Wilburn* v. *Mount Sinai
Medical Center,* 3 Conn. App. 284, 287, 487 A.2d 568
(1985).

As to the remaining claims of error raised by the
defendants, we once again find ourselves confronted

---

[1] This appeal, originally filed in the Supreme Court, was transferred to
this court. General Statutes § 51-199 (c).

with an attack on the trial court's conclusions of fact. Notwithstanding the terms in which these claims have been couched, it is apparent that the defendants would like us to retry this case. So well established is the principle that we will not overturn the factual findings of the trial court that we do not find it necessary to cite any cases in support of that proposition.

There is no error.